UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

GAVIN C. THOMAS,

                Petitioner,              9:18-cv-0706 (BKS/ATB)

v.

EARL BELL,

                Respondent.

**Appearances:**

*Petitioner, pro se:*
Gavin C. Thomas
16-A-0095
Coxsackie Correctional Facility
P.O. Box 999
Coxsackie, NY 12051

*For Respondent:*
Letitia James
Attorney General of the State of New York
Priscilla I. Steward
Assistant Attorney General, of Counsel
28 Liberty Street
New York, NY 10005

**Hon. Brenda K. Sannes, United States District Judge:**

### MEMORANDUM-DECISION AND ORDER

On June 18, 2018, Petitioner Gavin C. Thomas filed a petition under 28 U.S.C. § 2254 seeking the issuance of a writ of habeas corpus. (Dkt. No. 1). Respondent filed a response to the petition on October 5, 2018, and Petitioner filed a traverse on October 25, 2018. (Dkt. Nos. 7, 9). This matter was referred to United States Magistrate Judge Andrew T. Baxter who, on July 31, 2019, issued a Report-Recommendation recommending that the petition be denied and dismissed, and that a certificate of appealability be denied. (Dkt. No. 11). Magistrate Judge

Baxter advised the parties that under 28 U.S.C. § 636(b)(1), they had fourteen days within which to file written objections to the report, and that the failure to object to the report within fourteen days would preclude appellate review. (Dkt. No. 11, at 28). No objections have been filed.

As no objections to the Report-Recommendation have been filed, and the time for filing objections has expired, the Court reviews the Report-Recommendation for clear error. *See Petersen v. Astrue*, 2 F. Supp. 3d 223, 228–29 (N.D.N.Y. 2012); Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment. Having reviewed the Report-Recommendation for clear error and found none, the Report-Recommendation is adopted in its entirety.

For these reasons, it is

**ORDERED** that the Report-Recommendation (Dkt. No. 11) is **ADOPTED** in its entirety; and it is further

**ORDERED** that the petition (Dkt. No. 1) is **DENIED AND DISMISSED;** and it is further

**ORDERED** that no Certificate of Appealability ("COA") shall issue because Petitioner has failed to make "a substantial showing of the denial of a constitutional right" as required by 28 U.S.C. § 2253(c)(2). Any further request for a COA must be addressed to the Court of Appeals (Fed. R. App. P. 22(b)); and it is further

**ORDERED** that the Clerk serve a copy of this Order upon the parties in accordance with the Local Rules.

**IT IS SO ORDERED.**

Dated: October 1, 2019
Syracuse, New York

Brenda K. Sannes
U.S. District Judge